Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LISA ROSE JAROSS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA ROSE JAROSS, | Case No.: 2:16-CV-01861 EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lisa Rose Jaross ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 2, 2017; and that Defendant shall have until April 3, 2017, to file her opposition. Any reply by plaintiff will be due April 24, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: January 3, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  January 3, 2017          PHILLIP A. TALBERT
United States Attorney


*/S/- Daniel P. Talbert

_____
Daniel P. Talbert
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and
2  including March 2, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to April 3, 2017 to
4  file her opposition, if any is forthcoming.  Any reply by plaintiff will be due April
5  24, 2017.
6          IT IS SO ORDERED.
7  DATE: January 5, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE