Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LISA ROSE JAROSS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA ROSE JAROSS, | Case No.: 2:16-CV-01861 EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lisa Rose Jaross ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 30, 2017; and that Defendant shall have until May 1, 2017, to file her opposition. Any reply by plaintiff will be due May 22, 2017.

1 As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2 Plaintiff's Spouse passed away on September 30, 2016. The aftermath of this
3 traumatic event on both Counsel and his 9 year old son and 7 year old daughter was
4 immeasurable. Compounding the impact of this loss is the fact that Counsel's
5 spouse was a former employee at Counsel's Law Firm and her death was far
6 reaching in its impact on Counsel's professional life as well. Due to the death, the
7 subsequent holiday period, and the need to find a permanent caregiver and the
8 required time to acclimate his children to that presence during his absence to meet
9 his professional obligations, Counsel requires the additional time to prepare and
10 file Plaintiff's Motion for Summary Judgment or Remand.
11 Counsel for plaintiff does not anticipate this extraordinary request for more
12 time to become the rule and recognizes it is the extraordinary exception and
13 sincerely apologizes to the court for any inconvenience this may have had upon it
14 or its staff.
15 Counsel sincerely apologizes to the court for any inconvenience this may
16 have had upon it or its staff.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

| | |
|---|---|
| 1  DATE: March 3, 2017 | Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | /s/ *Steven G. Rosales* |
| 4 | BY: _____<br>Steven G. Rosales<br>Attorney for plaintiff |
| 6  DATED:  March 3, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 9 | */S/- Daniel P. Talbert |
| 10 | _____<br>Daniel P. Talbert<br>Special Assistant United States Attorney<br>Attorney for Defendant<br>[*Via email authorization] |

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including March 30, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to May 1, 2017 to
4  file her opposition, if any is forthcoming.  Any reply by plaintiff will be due May
5  22, 2017.
6    IT IS SO ORDERED.
7  DATED: March 6, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE