Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LISA ROSE JAROSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROSE JAROSS, | ) Case No.: 2:16-CV-01861 EFB |
| Plaintiff, | ) STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lisa Rose Jaross ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to May 1, 2017; and that Defendant shall have until May 31, 2017, to file her opposition. Any reply by plaintiff will be due June 14, 2017.

As the Court is aware, Counsel suffered the loss of his spouse. Counsel simply underestimated how profound his wife's long illness and unfortunate death at the young age of 41 would, for lack of better description, break his stride both at home and professionally. Counsel has recognized that the continued routine request for extension is not tenable moving forward and has crafted a plan to alleviate his case load with the assistance of other Attorney's from his firm. The failure to more timely notify the Court of the need for more time was a result of a miscommunication within Plaintiff's Counsel's firm as to the status of the due date.

Counsel for plaintiff does not anticipate this extraordinary request for more time to become the rule and recognizes it is the extraordinary exception and sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 1, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales

BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED: May 1, 2017          PHILLIP A. TALBERT
United States Attorney

*/S/- Daniel P. Talbert

_____
Daniel P. Talbert
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2  and including May 1, 2017, in which to file Plaintiff's Motion for Summary

3  Judgment or Remand; Defendant may have an extension of time to May 31, 2017

4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due

5  June 14, 2017.

6    IT IS SO ORDERED.

7  DATE:   May 2, 2017

8  _____

9  THE HONORABLE EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26